**Doug GASTON**

v.

**Dr. Louis GOTTHELF d/b/a Animal Hosp. of Montgomery**

2131066

Court of Civil Appeals of Alabama.

03/27/2015

Affirmed

**Tiffany Michelle HENSON**

v.

**Shannon Lee HENSON**

2131082

Court of Civil Appeals of Alabama.

01/21/2015

Dismissed

**Connie A. MORRIS**

v.

**Michael R. MORRIS**

2140014

Court of Civil Appeals of Alabama.

02/12/2015

Dismissed

**Justin VICKERSTAFF**

v.

**HUNTSVILLE ORAL & MAX-ILLOFACIAL SURGERY and Dr. Jim Duke**

2140018

Court of Civil Appeals of Alabama.

02/02/2015

Dismissed

**Floyd Wayne FRANKLIN and Patricia Franklin**

v.

**David RATLIFF, Michael Ratliff, and Cecil Ratliff**

2140019

Court of Civil Appeals of Alabama.

01/27/2015

Case reinstated following transfer from Alabama Supreme Court.